This certifies that this is the opinion of the Appellate Division in this cause.

**Suzanne Hurley**
**Clerk, Appellate Division**

**William PITOCCHELLI**
**vs.**
**Edward P. CHAMPY and**
**CHAMPY'S SERVICE TIRE**
**and SUPPLY. INC. and**
**Frances GRADZEWICZ**

**No. 8737**

District Court Department
Appellate Division/Northern District
Trial Court of the
Commonwealth of Massachusetts

**November 15, 1982**

Champy & Champy's Service Tire.
**Jeremiah F. Morris, Esq.** counsel for defendant Frances Gradzewicz.

**Elliot T. Cowdrey, P.J.**

**James B. Tiffany, J.**
**Richard L. Banks, J.**
This certifies that this is the OPINION of the Appellate Division in this cause.
**Suzanne Hurley**
**Clerk, Appellate Division**

## OPINION

**Banks, J.** This is a petition to establish the plaintiff's draft report upon which no action was taken by the trial justice during the ninety-day period prescribed for the settlement of reports by Dist./Mun. Cts. R. Civ. P. 64(c) (5). See **Moy v. McCain,** Mass. App. Div. Adv. Sh. (1979) 227.

The plaintiff commenced this action in tort to recover damages for personal injuries he sustained when he was struck by a motor vehicle which was being backed off a service lift by defendant Edward P. Champy on the defendant's business premises, Champy's Service Tire and Supply, Inc. In entering judgment for the defendants, the trial court ruled that:

> "the plaintiff did not meet the requirements of Chap. 231, Sec. 6n, M. G. L., in that he could not prove medical bills resulting from the accident of at least Five Hundred Dollars ($500.00)."

The plaintiff claims to be aggrieved, in the draft report at issue, by this ruling and by the court's denial of certain related rulings of law requested by the plaintiff at the end of trial.

We express no opinion as to the merits of the plaintiff's claim of error in the trial court's rulings. We do conclude that the plaintiff's draft report appears to present an issue of law for appellate consideration. Accordingly, the plaintiff's petition to establish is allowed.